

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
_____

*ALSO ADMITTED IN NEW JERSEY
□ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

SENIOR COUNSEL
LOUISE FASANO
ANNE P. EDELMAN
ABRAHAM WARMBRAND
LAURA ALTO
_____

ASSOCIATES
GABRIELLA CAMPIGLIA
RICHARD B. EPSTEIN
CHRISTOPHER J. LAMPERT*
BRANDON H. DORMAN
MICHAEL R. SEIDON
ANDRÉ S. HAYNES

WRITER'S DIRECT DIAL:
516-741-7755

WRITER'S E-MAIL:
MMIRANDA@MSSSV.COM

November 28, 2022

**VIA ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:   *Jeanette Gambaro & Joseph Gambaro v. 1917 ACP Owner LLC, et al.*
            **Docket No. 1:22-CV-07855 (RA)**

Dear Judge Abrams:

     We represent the Defendants in the above-referenced action. With the consent of plaintiff's counsel, we write to request an extension of time to respond to the Amended Complaint until December 23, 2022. This is the first request for an extension on behalf of the Defendants.

     Thank you for your attention to this matter.

cc:  All counsel via ECF

Respectfully submitted,
**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

Michael A. Miranda

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
November 29, 2022