


MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*

*ALSO ADMITTED IN NEW JERSEY
□ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

SENIOR COUNSEL
LOUISE FASANO
ANNE P. EDELMAN
ABRAHAM WARMBRAND
LAURA ALTO

ASSOCIATES
GABRIELLA CAMPIGLIA
RICHARD B. EPSTEIN
CHRISTOPHER J. LAMPERT*
BRANDON H. DORMAN
MICHAEL R. SEIDON
ANDRÉ S. HAYNES

WRITER'S DIRECT DIAL:
516-741-7755

WRITER'S E-MAIL:
MMIRANDA@MSSSV.COM


Application granted. The initial conference scheduled for December 2, 2022 is hereby adjourned to January 13, 2023 at 3:00 p.m. The pre-conference materials, as described in the Court's Order dated October 18, 2022, shall be due on January 6, 2023. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 353-4749; Access Code: 1015508.

SO ORDERED.

Hon. Ronnie Abrams
November 30, 2022

November 29, 2022

**VIA ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

**Re: *Jeanette Gambaro & Joseph Gambaro v. 1917 ACP Owner LLC, et al.***
**Docket No. 1:22-CV-07855 (RA)**

Dear Judge Abrams:

We represent the Defendants in the above-referenced action. With the consent of plaintiff's counsel, we write to request an adjournment of the December 2nd initial status conference as we have not responded to the complaint and were only recently retained. This request would also include the case management plan and letter contemplated by your Honor's Rules and order issued prior to our recent appearance. This is the first request for an adjournment on behalf of the Defendants.

Thank you for your attention to this matter.

cc: All counsel via ECF

Respectfully submitted,
**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

Michael A. Miranda