UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEANETTE GAMBARO and JOSEPH GAMBARO,

                    Plaintiffs,

          v.

1917 ACP OWNER LLC, BRUCE LEDERMAN, SHARP MANAGEMENT CORP., and THE CLEARSTONE GROUP INC.,

                    Defendants.

No. 22-CV-7855 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The parties shall appear for a brief conference on August 2, 2023 at 3:00 p.m. to discuss the pending motion to dismiss. Unless the parties request otherwise, the conference will be held by telephone with the following Call-In Number: (888) 363-4749 and Access Code: 1015508#. This conference line is open to the public.

    If this date and time is inconvenient for either party, an application to adjourn and propose alternative dates may be made to the Court by letter.

SO ORDERED.

Dated:    July 26, 2023
               New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge